RECEIVED
IN LAKE CHARLES, LA

DEC 13 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JULIO REYES-VALADEZ<br>FED. REG. #55628-179 | CIVIL ACTION NO. 2:10-CV-1471 |
| VS. | SECTION P<br>JUDGE MINALDI |
| WARDEN JOSEPH P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 12 day of December, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE